AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Cindy Stewart )<br>*Plaintiff* )<br>v. )<br>Commissioner of the Social Security Administration )<br>*Defendant* ) | Civil Action No.    2:10-CV-00822-RBH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is ordered and adjudged that the Commissioner's decision is reversed pursuant to Sentence Four of 42 U.S.C. §§ 405(g) and the case remanded to the Commissioner for further proceedings.

This action was *(check one)*:
❐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge.


Date:   August 29, 2011                                         *CLERK OF COURT*

                                                                s/John P. Bryan, Jr.
                                                                _____
                                                                *Signature of Clerk or Deputy Clerk*